(Of the Eighth Circuit, sitting in First Circuit.)

BOSTON RUBBER HOSE CO. v. HAGERTY, AUDR.

1. MANDAMUS A CIVIL ACTION.
   A mandamus proceeding is a civil action against which the bar of the statute of limitations may be interposed.

2. PLEA OF "MISTAKE" BARRED BY STATUTE.
   The plea of "mistake" cannot be entertained where a suit for recovery under the alleged mistake is delayed for eight years.

APPEAL from the Court of Common Pleas of Hamilton county.

CALDWELL, J.

A mandamus proceeding is a civil action, against which the bar of the statute of limitations may be interposed. The plea of "mistake" can not be entertained where a suit for recovery under the alleged mistake is delayed for eight years.

---

## PHYSICIANS—CERTIFICATES.

[Hamilton Circuit Court, 1899.]

Hale, Marvin, and Caldwell, JJ.

(Of the Eighth Circuit, sitting in First Circuit.)

PLAUT v. STATE OF OHIO.

PHYSICIAN WITHOUT CERTIFICATE—EMERGENCY NO DEFENSE.
The fact that the case in which defendant prescribed was an emergency is no defense to a prosecution for practicing medicine without a certificate

ERROR to the Court of Common Pleas of Hamilton county.

PER CURIAM.

It was contended at the trial below that under the showing that it was an emergency wherein the defendant had prescribed, the jury should be directed to return a verdict of not guilty. The trial judge refused to do, and the circuit sustains this action.